## DUBREUIL vs. SOULIE.*

Appeal from the court of the third district.

PORTER, J. delivered the opinion of the court. The plaintiff prayed for an injunction against an execution, issued on a twelve months bond, given for the six town lots, sold to satisfy a judgment in favor of the defendant, as syndic of Tanneret and Gourjon, against the plaintiff and his wife, Eliza B. Dubreuil. The grounds on which the writ is asked for, are, that the sheriff had not made him a conveyance, and that the property belongs to to the minor children of his wife.

*If the party who, on a fi. fa. points out property as belonging to the defendant, and becomes the last bidder, he cannot have an injunction, on the ground that the property belonged to another, and so he acquired no title.*

The defendant pleaded the general issue, and the court, on hearing the parties, being of opinion the plaintiff had failed to make out his case, dissolved the injunction; from which judgment he appealed. The cause has been submitted without argument.

The evidence, spread oo the record, shews that the present plaintiff was one of the defendants in the suit, under the judgment rendered in which, this property was sold: that at the sale he became the purchaser thereof: and that

* This case and the following, were determined in March last, and were accidentally omitted among the cases of that term.

the very property to which he now complains he has not got a good title, was pointed out by himself to the sheriff. Putting his case therefore, on the best footing, he deceived the officer, and the original plaintiff, by designating property which did not belong to the defendants. After doing this, he has no right to claim the equitable interference of a court of justice; more particularly, as the only consequence that would result from his obtaining it, would be, to leave him responsible on the original judgment. His case, in fact, is nothing else than a complaint, that he has sustained an injury by having paid his debt, with the property of others.

An appeal taken from a judgment, which most justly and legally refused to sustain such a pretension, can have had no other object but vexation and delay.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be affirmed with costs, and ten per cent on the amount of the execution, for the delay occasioned by this appeal.

*De Armas* for the plaintiff, *Dennis* for the defendant.